# EXHIBIT A

*BMA*
**Bud McCorkle and Associates**
Investigative Consultant / Security Advisor
Voice Stress Analysis / Polygraph
1000 Main Street
Anderson, In 46016
765-621-0309
e mail-marvinmccorkle@aol.com

Date: December 14, 2020

To: Brenda McGinley
All IN Investigations
7007 Graham Road
Indianapolis, In. 46220

SUBJECT: RAJ K. PATEL
Re: Digital Voice Stress Analysis (exam)
Case #:18-1-430

Attached is the written report gained from a conversation with RAJ PATEL prior to the DVSA (Digital Voice Stress Analysis) exam conducted on December 14, 2020.

Per request, we discussed the allegations of himself being tracked via brain implant(s), verbal bashings by numerous persons both civil and in the criminal profession.

Pre and Post interview, the results Raj (1). (Feels the FBI, CIA and other Law Enforcement agencies) are stalking him (2) Unknown professionals are jealous of him, preventing him from having a great future (3) Raj said these "unusual" actions started back as early as 8 years old., but became more active sometime between 2004-2006

Note: Raj had a list for review and to formulate questions-he mentioned that he is a Democrat, however this is not his cause for this exam.

Professionally,
Marvin "Bud" McCorkle
President American Polygraph Voice Stress Association
President International Society of Stress Analysts

BMA INVESTIGATIVE CONSULTANT

<u>CONFIDENTIAL TRUTH VERIFICATION REPORT</u>
<u>Date:  12.14.2020</u>

ARRANGEMENTS
On 12.14.2020 the SUBJECT-- RAJ K. PATEL  regarding an ALL-IN Investigations case # 18-1-430 did take a DVSA examination.
We discussed the request for the Truth Verification examination, SUBJECT was interviewed and submitted to the detection of deception examination. DVSA technique was utilized.

PURPOSE
The SUBJECT was interviewed and examined for the purpose of determining if he is or was being truthful that he was being prohibited from advancing his career and having a future due to his own feelings of surveillance and being tracked from object in his brain.

The SUBJECT was tested by using a 15 (fifteen) question Searching exam.

Procedure
Standardized truth verification procedure was exercised throughout the examination. The SUBJECT acknowledged the examination was taken freely and that he was in good health, other than being nervous. All questions were reviewed with SUBJECT to protect against outside issues and to ensure that only the incident(s) in question was relevant to the examination.

EXAM INFORMATION
SUBJECT was examined in a private room with the examiner, the SUBJECT, RAJ PATEL was instructed to respond with "ONLY" a Yes or No and sit still.
BMA Investigations presents enclosed information to the client at his or her specific request. This material is meant for the client and his / her legal representative internal use only. BMA makes no warranty of any kind. Client will assume all risk and liability resulting from the usage of said material.

BMA--P.3     Case # 18-1-430

**CONCLUSION:**
Based on case details by the SUBJECT, upon standardized chart criteria, subject displayed a numerous amount of General Nervous Tension, along w minor Deception on two question.

General Nervous Tension is caused by many different reasons, i.e stress, repeated accusations.

Test results indicating <u>Deception</u> when answering Relevant questions---#4 -# 8 # 10 and #15. Questions 4 & 15 reflected—he did not want to be here.

SUMMARY: Raj shows he believes in his own mind that he is being tracked by numerous Govt agencies, his own father and his "cronies" and that somehow, he has or is being tracked by an "unknown" item in his head. He did say that he has tried to re-enroll back at Notre Dame in Emory and Yosnei Universities, but his psycho-therapeutic examination resulted in –one exam stating he was okay, on the second exam, they chose to deny his re enrollment. His exam does indicate, he actually feels what he is saying is true to him.

See question and answers asked:

Respectfully submitted
Marvin "Bud" McCorkle
*Bud McCorkle*
President APAVSA
President ISSA
Fellow ISSA

SUBJECT TESTED--        Raj K Patel----dob 09.[X]1992, last four of SSN-[REDACTED]

# EXHIBIT B

## ESSENTIAL ELEMENTS OF INFORMATION

### (EEI)—Searching Exam

Case #:  All-in Investigations---18-1-430

Name:  Raj K. Patel

Type Exam     Searching     Date/Time    12/14/2020. @ 1pm

Questions: _____

1. Is your 1st name of Raj?                                                                           YES
    No Deception Indicated
2. Have you ever use any illegal drugs except Marijuana?                      NO
    No Deception Indicated
3. Have you ever lied to the FBI, CIA or any Law Enforcement agency?   NO
    General Nervous Tension --No Deception Indicated
4. Are you standing up?                                                                             NO
    General Nervous Tension- Deception Indicated
5. Do you feel you're being stressed intentionally?                                 YES
    No Deception Indicated
6. Do you feel Trump could stop your stress?                                        YES
    No Deception Indicated
7.  Is today Monday?                                                                                YES
    No Deception Indicated
8. Do you feel an unknown source put technology in your head?          YES
    Deception Indicated
9. Do you feel the government is stressing you out ?                            YES
    No Deception Indicated
10. Are you lying to me?                                                                           NO
    Deception Indicated
11. Are you stressed now?                                                                       YES
    No Deception Indicated
12.  Do you feel Pres Trump has added to your stress?                         YES
    No Deception Indicated
13. Do you think drugs have added to your stress situation?                 NO
    No Deception Indicated
14. Do you feel your dad and his Asian cronies is causing your stress?  YES
    No Deception Indicated

15. Have you told me the truth to all the questions asked today?                    YES
     Deception Indicated

..............................................................................

SUBJECT:           RAJ K. PATEL-----DOB—09.[REDACTED].1992, last four of SSN [REDACTED]

Examiner: *Marvin "Bud" McCorkle,* CSA #404

# EXHIBIT C
## BMA Investigations

```
Exam Date        : 12/14/2020 1:41:02 PM
Examiner Name    : Bud McCorkle
Location         : All-in
Examinee Name    : Raj K. Patel
Case Type        : Other
Charge           : NA
Assigned ID      : 75-1
Test Protocol    : NARRATIVE
```



Selection Number: 1 +  (YES)

Time Begin: 3.214 End: 4.12 Total: 0.906

Question: 1. Is your 1st name Raj?



Selection Number: 2 -  (NO)

Time Begin: 6.674 End: 7.581 Total: 0.907

Question: 2. Have you ever used any illegal drugs exceept Marijuana?



Selection Number: 3 -  (NO)

Time Begin: 11.536 End: 12.689 Total: 1.153

Question: 3. Have you ever lied to the FBI, CIA or any Law Enforcement agency?



Selection Number: 4 -  (NO)

Time Begin: 14.585 End: 15.161 Total: 0.576

Question: 4. Are you standing?



Selection Number: 5 +  (YES)

Time Begin: 18.128 End: 19.199 Total: 1.071



Selection Number: 6 +  (YES)

Time Begin: 21.918 End: 22.907 Total: 0.989

# BMA Investigations

Exam Date       : 12/14/2020 1:41:02 PM
Examiner Name : Bud McCorkle
Location        : All-in
Examinee Name : Raj K. Patel
Case Type       : Other
Charge          : NA
Assigned ID     : 75-1
Test Protocol   : NARRATIVE



| Question: 5. Do you feel you are being stressed intentionally? | Question: 6 Do you feel Trump could stop your stress problems? |
|---|---|
| Selection Number: 7 +  (YES) | Selection Number: 8 +  (YES) |
| Time Begin: 23.978 End: 25.379 Total: 1.401 | Time Begin: 28.428 End: 29.004 Total: 0.576 |
| Question: 7. Is today Monday? | Question: 8 Do you feel an unknown source put technology in your head? |
| Selection Number: 9 +  (YES) | Selection Number: 10 -  (NO) |
| Time Begin: 31.394 End: 32.383 Total: 0.989 | Time Begin: 34.196 End: 35.596 Total: 1.4 |
| Question: 9 Do you feel the federal govt is stressing you out? | Question: 10 Are you lying to me? |

2

## BMA Investigations

Exam Date       : 12/14/2020 1:41:02 PM
Examiner Name : Bud McCorkle
Location        : All-in
Examinee Name : Raj K. Patel
Case Type       : Other
Charge          : NA
Assigned ID     : 75-1
Test Protocol   : NARRATIVE

| Selection Number: 11 + YES) | Selection Number: 12 + (YES) |
|---|---|
| Time Begin: 39.716 End: 40.623 Total: 0.907 | Time Begin: 43.177 End: 44.331 Total: 1.154 |
| Question: 11. Are you stressed now? | Question: 12. Do you feel Pres Trump has added to your stress? |
|  |  |
| Selection Number: 13 - (NO) | Selection Number: 14 + (YES) |
| Time Begin: 46.885 End: 48.039 Total: 1.154 | Time Begin: 51.664 End: 52.57 Total: 0.906 |
| Question: 13. Do you think drugs has added to your stress situation? | Question: 14. Do you feel your dad and his Asian crownies is causing your stress? |
|  | |
| Selection Number: 15 + (YES) | |
| Time Begin: 54.054 End: 54.96 Total: 0.906 | |
| Question: 15 Have you told me the truth today? | |

3

Receipt Number: 24886023

Thank you for contacting the U.S. Department of Health and Human Services, Office for Civil Rights (OCR). OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

We are in the process of reviewing your correspondence. We will complete our initial review as quickly as possible.

If you have questions about the novel coronavirus, COVID-19, please go to the Centers for Disease Control website at https://www.cdc.gov.

For additional information about OCR, including the complaint review process, and our HIPAA, civil rights, and conscience and religious freedom regulations, please see the following links:

https://www.hhs.gov/ocr/complaints/index.html
https://www.hhs.gov/hipaa/index.html
https://www.hhs.gov/civil-rights/index.html
https://www.hhs.gov/conscience/index.html

If you have any additional questions or need a reasonable accommodation, please contact OCR's Customer Response Center at 1-800-368-1019, Monday through Friday, 8:00 am to 6:00 pm, ET.

Sincerely,
Director, CCMO

| Language | Message |
|---|---|
| English | If you speak a non-English language, call 1-800–368–1019 (TTY: 1-800-537-7697), and you will be connected to an interpreter who will assist you with this document at no cost. |
| Español - Spanish | Si usted habla español marque 1-800-368-1019 (o a la línea de teléfono por texto TTY 1-800-537-7697) y su llamada será conectada con un intérprete que le asistirá con este documento sin costo alguno. |
| 中文 - Chinese | 如果你讲中文，请拨打1-800-368-1019（打字电话：1-800-537-7697),你将被连接到一位讲同语种的翻译员为你提供免费服务。 |
| Tiếng Việt - Vietnamese | Nếu bạn nói tiếng Việt, xin gọi 1-800-368-1019 (TTY: 1-800-537-7697), và bạn sẽ được kết nối với một thông dịch viên, người này sẽ hỗ trợ bạn với tài liệu này miễn phí. |
| 한국어 - Korean | 한국어를 하시면 1-800-368-1019 (청각 장애용: 1-800-537-7697) 로 연락 주세요. 통역관과 연결해서 당신의 서류를 무료로 도와 드리겠습니다. |
| Tagalog (Filipino) | Kung ikaw ay nagsasalita nang Tagalog, tumawag sa 1-800-368-1019 (TTY: 1-800-537-7697) para makonek sa tagapagsalin na tutulong sa iyo sa dokumentong ito na walang bayad. |
| Русский - Russian | Если вы говорите по- русски, наберите 1-800-368-1019. Для клиентов с ограниченными слуховыми и речевыми возможностями: 1-800-537-7697), и вас соединят с русскоговорящим переводчиком, который вам поможет с этим документом безвозмездно. |

* Your First Name: Raj    * Your Last Name: Patel

Complainant Phones

Phone:

| Phone Number | Usage |
|---|---|
| (317) 450-6651 | Home / Cell |

Street Address Line 1: Spring Lake Drive
Street Address Line 2:
* City:                 Brownsburg
* State: Indiana   Country: USA   * ZIP: 46112   Email Address (If available): raj@rajpatel.live

**Are you filing this complaint for someone else?:** No
**\* I believe that I have been (or someone else has been) discriminated against on the basis of::**
- Religion / Conscience

**Who or what agency or organization do you believe discriminated against you (or someone else)?**
* Person or Agency/Organization?:                     Agency/Organization
Agency/Organization:    University of Notre Dame Law School
* Street Address Line 1: Main Building
Street Address Line 2:
* City:                 Notre Dame
* State: Indiana   Country: USA   ZIP: 46556

Phone:
Complainee Phones
**Phone Number     Usage**
(574) 631-5000  Home / Cell

**\* When do you believe that the civil right discrimination occurred?**

Date(s) Selected:
Violation Date
**Violation Date**
08/15/2015
11/11/2017

**Describe briefly what happened. How and why do you believe that you have been (or someone else has been) discriminated against? Please be as specific as possible..** (Attach additional pages as needed)

The University of Notre Dame Law School, United States, Emory University, State of Georgia, State of Indiana, and other entities are violating my religious consciouness and preventing the Free Exercise of Religion. They induced a mental disability. FF John Adams called this method "difussing."

This situation started a long time while I was in high school. Religiously, I entered Emory University and majored in Political Science and Religion with Honors. My Honors was "Weight Loss as a Religion." They have induced depression, although the psychtrist feels otherwise, and obesity. These are acts of terrorism against me and First Lady Michelle Obama.

Please see Patel v. Biden, No. 21-cv-1076-TSC (D.D.C. 202_) and Patel v. Trump Corp., No. 20-1513 (U.S. 202_).

I will need enforcement from you all.

My website www.ajpease.biz has had all the documents. This religious battery or religious war on me has even affected my ability to fill out this complaint.

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of Section 1557 of the Affordable Care Act, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, Title II of the Americans with Disabilities Act and their implementing regulations. It is illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing a complaint or for taking any other action to enforce your rights under these Federal civil rights laws. OCR also collects information under authority of Section 1553 of the Affordable Care Act, the Church Amendments, the Coats-Snowe Amendment, the Weldon Amendment, the Religious Freedom Restoration Act, as well as other Federal civil rights, conscience protections and religious liberty statutes. It may also be illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing this complaint or for taking any other action to enforce your rights under these Federal laws. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible discrimination, for internal systems operations, or for routine uses, which include disclosure of information outside the Department of Health and Human Services (HHS) for purposes associated with civil rights compliance and as permitted by law.

You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's web site at: www.hhs.gov/civil-rights/filing-a-complaint/index.html or www.hhs.gov/conscience/complaints/index.html. To mail a complaint, please send to HHS Office for Civil Rights, Centralized Case Management Operations, 200 Independence Avenue, S.W., Suite 515F, HHH Building, Washington, D.C. 20201.

**\* Signature:** AGREE: I have read, understand, and agree to the above.

**Do you need special accommodations for OCR to communicate with you about this complaint?**
No entries

---

**If we cannot reach you directly, is there someone we can contact to help us reach you?**
No entries

---

**Have you filed your complaint anywhere else? If so, please provide the following .** (Attach additional pages as needed )

File Elsewhere

| | Person/Agency/Organization/Court Name | Date Filed | Case Number (If known) |
|---|---|---|---|
| Filed Elsewheres: | Federal District Court Columbia | 04/14/2021 | 21-cv-1076-TSC |
| | Federal Southern District Court of New York | 05/15/2020 | 1:18-cv-09936-LSG |
| | Second Circuit Court of Appeals | 07/01/2020 | 20-1706 |
| | Supreme Court of the United States | 04/28/2021 | 20-1513 |

**To help us better serve the public, please provide the following information for the person you believe was**

discriminated against you as the person on whose behalf you are filing)

Ethnicity: Not Hispanic or Latino

Race:
- Asian

Primary Language Spoken (if other than English):

---

**How did you learn about the Office for Civil Rights?**
- HHS Website/Internet Search
- Other (specify)

Please specify: Emory University

## COMPLAINANT CONSENT FORM

The Department of Health and Human Services' (HHS) Office for Civil Rights (OCR) has the authority to collect and receive material and information about you, including personnel and medical records, when they are relevant to its investigation of your complaint.

To investigate your complaint, OCR may need to reveal your identity or identifying information about you to persons at the entity or agency under investigation or to other persons, agencies, or entities. In some circumstances, OCR may refer your complaint to another government agency, as warranted.

The Privacy Act of 1974 protects certain federal records that contain personally identifiable information about you and, with your consent, allows OCR to use your name or other personal information, if necessary, to investigate your complaint.

Consent is voluntary, and it is not always needed in order to investigate your complaint; however, failure to give consent is likely to impede the investigation of your complaint and may result in the closure of your case.

Additionally, OCR may disclose information, including medical records and other personal information, which it has gathered during the course of its investigation in order to comply with a request under the Freedom of Information Act (FOIA) and may refer your complaint to another appropriate agency.

Under FOIA, OCR may be required to release information regarding the investigation of your complaint; however, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

OCR will use any applicable protections in that law to safeguard information which could identify you, or other individuals, or that, if released, could constitute a clearly unwarranted invasion of personal privacy. OCR may be required to release some information regarding the investigation of your complaint under the Freedom of Information Act (FOIA), however, information concerning your complaint which could reveal your identity is protected from disclosure to third party requesters under FOIA.

Please read and review the documents entitled, Notice to Complainants and Other Individuals Asked to Supply Information to the Office for Civil Rights (PDF) and Protecting Personal Informations in Complaint Investigations (PDF) for further information regarding how OCR may obtain, use, and disclose your information while investigating your complaint.

**In order to expedite the investigation of your complaint if it is accepted by OCR, please read, sign, and return one copy of this consent form to OCR with your complaint. Please make one copy for your records.**

- As a complainant, I understand that in the course of documentation of my complaint, it may become necessary for OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other persons, agencies, or entities.

- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose general information which it has gathered as part of its investigation of my complaint, excluding personally identifiable information.

- In addition, I understand that, as a complainant, I may be covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because he/she has made a complaint, testified, assisted, or participated in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS's investigation, conciliation, or enforcement process.

**\* Consent Selection:**

CONSENT: I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me in my case file to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

Uploaded Files

| | File Name | Size (Byte) | File Type |
|---|---|---|---|
| **File Uploaded:** | Dkt 1.pdf | 0 | Complaint Description |
| | Dkt 5.pdf | 0 | Complaint Description |
| | Complaint 20-1513.pdf | 0 | Complaint Description |
| | Pet. for ReHearing No. 20-1513 PDF.pdf | 0 | Complaint Description |
| | Motion for Recuse PDF.pdf | 0 | Complaint Description |



**Figure 1.**
An overview of caste divisions in the Hindu population of India. The hierarchy among the top three Leva Kanbi Patidar *gols* was taken from Thakkar (Thakkar, 1999). We do not show the fourth and last order of caste divisions called *tads* (Shah, 1982), endogamous groups composed of a few families who are all members of the same *gol*. To the best of our knowledge, these "fourth-order" divisions do not exist among the Leva Kanbi Patidar.