INSD Pro Se Civil (unrelated to imprisonment) IFP request 4/19

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL | ) Case No.  3:23-cv-101 |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| -v- | ) |
| JANE DOE and JOHN DOE | ) |
| *Defendant(s)* | ) |

**FILED 2023 FEB -6 AM 11:55 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA**

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Non-prisoner IFP request 4/19

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed?  ☐ Yes  ☑ No

2) Are you married?  ☐ Yes  ☑ No
   If "Yes," is your spouse employed?  ☐ Yes  ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes  ☑ No
   If "Yes," list them below:

| Name (initials for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |

II. **Income** - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?  $ 0.00

2) Provide the name and address of your employer(s):
   n/a

3) State your spouse's total *monthly* wages or salary?  $ n/a

INSD Pro Se Civil Non-prisoner IFP request 4/19

4) State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| **parents** | $ 19,000 |
|  | $ |

III. **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

☐ Rent or ☐ Mortgage $ **n/a**

Car payment(s) $ **n/a**

Alimony or court-ordered child support $ **n/a**

Credit card payment(s) $ **2000 + outstanding**

2) Do you have any other *monthly* expenses that you have not already listed?
☑ Yes ☐ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| **Medical** | $ 100 |
| **Clothes** | $ 100 |
| **Food** | $ 2000 |

INSD Pro Se Civil Non-prisoner IFP request 4/19

3) What are your total *monthly* expenses? $3500

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☐ Yes ☑ No   If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| n/a | | $ |
| | | $ |

2) Do you own your home(s)? ☐ Yes ☑ No

   If "Yes," state the approximate value(s). $ _____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ _____

3) Do you have any cash or checking, savings, or other similar accounts? ☑ Yes ☐ No

   If "Yes," state the total of such sums.   $0 (cash advance loan)

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

   ☐ Yes ☑ No

   If "Yes," describe the property and the approximate value(s).

   _____

V.  **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

**$19,000 in check; this was to pay off credit card debt to attend family event; $25,000+ in debt still; do not expect anything.**

**Patel v. United States, No. 1:22-cv-1446-LAS (C.F.C. 2022) (IFP granted)**

I, Raj K. Patel, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

2/5/2023

Date

**/s/ Raj K. Patel**

Signature - Signed Under Penalty of Perjury

Print   Save As...   Add Attachment   Reset

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>JANE DOE and JOHN DOE<br><br>*Defendants* | No. _____<br><br>Dated: February 5, 2023 |

## CERTIFICATE OF SERVICE

The parties in this case will be served by the Clerk of the Northern District of Indiana, under Fed. R. Civ. P. (b)(1)(D), and I submitted my necessary documents to the Clerk of the Court of Northern District of Indiana on 2/3/2023.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live