# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff* | No. 3:23-cv-101 |
| v. | Dated: February 5, 2023 |
| JANE DOE and JOHN DOE *Defendants* | |

## MOTION TO E-FILE AND PERMISSION TO RECEIVE COURTESY NOTICES BY PACER E-MAIL

I, T.E. T.E. Raj K. Patel (pro se) (pending IFP approval), respectfully request this court to allow e-filing privileges and grant permission to receive courtesy notices by PACER e-mail. U.S. const. amend. v.

I am asking for *in formua pauperis* status because I am indigent, and I have been approved by the United States Court of Federal Claims, which has national jurisdiction, the United States Court of the Federal Circuit, the Indiana State Court Marion County Superior 4, and other federal, sister state, and territorial courts. See e.g., Patel v. United States, No. 1:22-cv-1446-LAS (C.F.C. 202_) and Patel v. United States, el al., No. 1:22-cv-03302-UNA (D.D.C. 202_). I ask that this court also grant comity, federalism, stare decisive, and rights of litigants to be treated equally and with substantive due process. U.S. const. amend. v; see Fed. R. Civ. P. 8(e); Arthur Pierson & Co. v. Provimi Veal Corp., 887 F.2d 837, 839 (7th Cir. 1989); Fair Assessment in Real Estate Ass'n. v. McNary, 454 U.S. 100, 119-22 (1981); United States ex rel. Townsend v. Twomey, 452 F.2d 350 (1971); and Fletcher v. Hoeppner Wagner & Evans, LLP, No. 2:14-CV-231-RL-PRC (N.D.I.N. Apr. 27, 2017).

And, I move that this court allow to me e-mail via PACER's system or at a court designated e-mail address. Fed. R. Civ. P. 8(e) & U.S. const. amend. V. I truly cannot reasonably afford sending in paper copies. I have almost reached my rate bearing credit limit, and I will not qualify to donate plasma until the end of September 2023. Deferring the complaint until then will cause me additional severe unconstitutional prejudice to live without the necessary Protection of the United States to remove the stress weapon. Id. Allowing me to receive e-notices of filing will allow me to reasonably remain under the PACER threshold of $30.00.

Therefore, I ask that this court grant permission e-file and receive e-notice.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

# CERTIFICATE OF SERVICE

The parties in this case will be served by the Clerk of the Northern District of Indiana, under Fed. R. Civ. P. (b)(1)(D), and I submitted my necessary documents to the Clerk of the Court of Northern District of Indiana on 2/5/2023.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live