UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| RAJ PATEL, | |
|---|---|
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-101 DRL-MGG |
| JANE DOE *et al.*, | |
| Defendants. | |

ORDER OF RECUSAL

The presiding judge recuses from this case pursuant to 28 U.S.C. § 455(a). Under 28 U.S.C. § 137 and Local Rule 40-1(f)(2)(A), Chief Judge Jon E. DeGuilio will reassign this matter to another Article III judge for all further proceedings.

SO ORDERED.

February 7, 2023

*s/ Damon R. Leichty*
Judge, United States District Court