UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAJ PATEL. <br><br> Plaintiff, <br><br> v. <br><br> JANE DOE, <br> JOHN DOE <br><br> Defendants. | Case No. 3:23-CV-101 |

## ORDER

Pursuant to the Order of recusal entered on February 7, 2023 [DE 4], and pursuant to Local Rule 40-1(f)(2)(A), this action is reassigned from Judge Damon R. Leichty to another district judge in the South Bend division, per random reassignment by the Clerk of Court.

SO ORDERED.

ENTERED: February 7, 2023

                                                /s/ JON E. DEGUILIO
                                                Chief Judge
                                                United States District Court