# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RAJ PATEL, *The Excellent The Excellent, from all capacities*
*also known as* Raj K Patel
    Plaintiff

v.  Civil Action No.  3:23-cv-101

JANE DOE
JOHN DOE
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:     This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Robert L. Miller, Jr.

DATE: 2/9/2023             ACTING CLERK OF COURT, CHANDA J. BERTA

by     s/S. Kowalsky
*Signature of Clerk or Deputy Clerk*